NATALIE K. WIGHT
United States Attorney
SUSANNE LUSE
Assistant United States Attorney
Chief, Civil Division
1000 SW Third Ave., Suite 600
Portland, OR  97204
Telephone: (503) 727-1000

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge
SUSAN F. SHAPIRO
Trial Attorney
U.S. Department of Justice
West Coast Office, Civil Division, Torts Branch
P.O. Box 36028, 450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6638
Facsimile: (415) 436-6632
E-mail: Eric.Kaufman-Cohen@usdoj.gov, Susan.F.Shapiro@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:24-cv-1906 |
| Plaintiff, | |
| v. | IN ADMIRALTY |
| F/V MISS PACIFIC, Coast Guard documentation number 621170, its boilers, engines, machinery, masts, spares, bunkers, boats, anchors, cables, chains, tackle, tools, pumps and pumping equipment, apparel, furniture, fittings and equipment, spare parts, and all other appurtenances, *etc.*, *in rem;* MISS PACIFIC, LLC, *in personam*,; PACIFIC SEAFOOD GROUP, *in personam*,; and PACIFIC FISHING LLC, *in personam*, | [PROPOSED] NOTICE OF ARREST OF THE F/V MISS PACIFIC |
| Defendants. | |

In obedience to a warrant for arrest directed to me in the captioned proceeding, I have on the _____ day of_____, 2024, seized and taken into my possession the following defendant vessel, the F/V MISS PACIFIC, Vessel ID No. 621170, its boilers, engines, machinery, rigging, boats, anchors, cables, chains, tackle, tools, apparel, furniture, fittings and equipment, spare parts, and all other appurtenances, *etc., in rem* (the "Vessel"), for the causes set forth in the Verified Complaint filed herein and now pending in the United States District Court for this District. The amount demanded is in excess of $25,270.00, plus accrued interest, costs, disbursements, insurance, and other expenses associated with the maintenance and custody of the Vessel.

I HEREBY GIVE NOTICE that, pursuant to Rule C(6) of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, and Local Admiralty Rule 1025-1(e), any person who asserts a right to possession of said Vessel or any ownership interest in said Vessel must file a verified statement of interest or right, which describes said interest or right, with the Clerk of the Court, and serve a copy thereof upon attorneys for plaintiff United States within fourteen (14) days after the earlier of the execution of process or the completed publication of this notice, and must file an answer within twenty (21) days after filing the statement of interest or right, and serve a copy thereof upon attorneys for plaintiff United States; and any person who claims a maritime lien or other interest must apply to intervene in accordance with Rule 24 of the Federal Rules of Civil Procedure within the time fixed by the court; and that as to all persons or entities not so filing within the time limits set by the court default will be taken.

//

//

//

SERVICE UPON PLAINTIFF'S ATTORNEYS SHALL BE MADE AT

SUSAN F. SHAPIRO
Trial Attorney
U.S. Department of Justice Torts Branch, Civil Division, West Coast Field Office
Federal Building, P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395 San Francisco, California 94102
Tel: (415) 436-6638

Contact information for the United States Marshal is as follows:

U.S. Marshal
U.S. Courthouse
1000 SW 3rd Ave. #401
Portland, OR 97204

Dated: November 14, 2024

NATALIE K. WIGHT
United States Attorney
BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office

/s/ Susan F. Shapiro
SUSAN F. SHAPIRO
Trial Attorney
U.S. Department of Justice, Civil Division,
Torts Branch, West Coast Office
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6636

Attorneys for United States of America