NATALIE K. WIGHT
United States Attorney
SUSANNE LUSE
Assistant United States Attorney
Chief, Civil Division
1000 SW Third Ave., Suite 600
Portland, OR  97204
Telephone: (503) 727-1000

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge
SUSAN F. SHAPIRO
Trial Attorney
U.S. Department of Justice
West Coast Office, Civil Division, Torts Branch
P.O. Box 36028, 450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6638
Facsimile: (415) 436-6632
E-mail: Eric.Kaufman-Cohen@usdoj.gov, Susan.F.Shapiro@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:24-cv-1906 |
| Plaintiff, | |
| v. | IN ADMIRALTY |
| F/V MISS PACIFIC, Coast Guard documentation number 621170, its boilers, engines, machinery, masts, spares, bunkers, boats, anchors, cables, chains, tackle, tools, pumps and pumping equipment, apparel, furniture, fittings and equipment, spare parts, and all other appurtenances, *etc.*, *in rem;* MISS PACIFIC, LLC, *in personam,*; PACIFIC SEAFOOD GROUP, *in personam,*;  and PACIFIC FISHING LLC, *in personam*, | APPLICATION FOR ISSUANCE OF WARRANT OF MARITIME ARREST OF DEFENDANT THE F/V MISS PACIFIC |
| Defendants. | |

APPLICATION FOR ISSUANCE OF
WARRANT OF MARITIME ARREST
OF DEFENDANT THE F/V MISS PACIFIC     1

Plaintiff, the United States of America, pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, hereby applies for a review by the Court of its Verified Complaint, filed contemporaneously herewith; for a finding based thereon that the conditions for an action *in rem* appear to exist; and for an order directing the Clerk of the Court to issue to the United States Marshal a warrant for the arrest of the defendant vessel the F/V MISS PACIFIC, Vessel ID No. 621170, in the form submitted herewith. Pursuant to Local Admiralty Rule 1025-1, plaintiff further proposes that publication of a notice of arrest and filing of the action, in the form submitted herewith, be published in the Portland Tribune, a newspaper of general circulation in this District.

Supplemental Admiralty Rule C(1)(a) Fed. R. Civ. P. provides that an action *in rem* may be brought to enforce a maritime lien. Under American maritime jurisprudence claims for damage arising from a maritime tort, such as alleged in the United States Complaint filed herewith, give rise to a maritime lien that may be brought *in rem*. *Hunley v. M/V Eastern Grace*, 927 F.2d 493 (9th Cir. 1991); *All Alaskan Seafoods, Inc. v. M/V Sea Producer,* 882 F.2d 425 (9th Cir. 1989). As such, the United States may proceed *in rem* against the F/V MISS PACIFIC.

This application is based upon the Verified Complaint filed herein, the Declaration, pleadings, supporting papers, proposed Order, proposed Warrant and proposed Notice submitted in support hereof, and the complete file of the Court.

Dated: November 14, 2024

NATALIE K. WIGHT
United States Attorney
BRIAN BOYNTON
Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office

/s/ Susan F. Shapiro
SUSAN F. SHAPIRO
Trial Attorney
U.S. Department of Justice, Civil Division,
Torts Branch, West Coast Office

Attorneys for United States of America